IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMIRO E. ROJAS | : | CIVIL ACTION NO. 1:CV-13-871 |
| Petitioner | : | (JUDGE KANE) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| CRAIG LOWE, et al. | : | |
| Respondents | : | |

**O R D E R**

Before the Court in the captioned action is an October 9, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED** as moot.

3) The Clerk of Court shall close the file.

                                                    s/ Yvette Kane
                                                    YVETTE KANE, Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania

Dated: October 30, 2013